BRANCART & BRANCART
  Christopher Brancart (CBN 128475)
  *cbrancart@brancart.com*
  Liza Cristol-Deman (CBN 190516)
  *lcristoldeman@brancart.com*
Post Office Box 686
Pescadero, CA  94060
Tel:    (650) 879-0141
Fax:   (650) 879-1103

FAIR HOUSING OF MARIN
  Casey Epp (CBN 284139)
  Casey@fairhousingmarin.com
1314 Lincoln Avenue, Suite A
San Rafael, CA 94901
Tel:    (415) 457-5025
Fax:   (415) 457-6382

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABEL HERNANDEZ, ELIDA CALDERON, and FAIR HOUSING OF MARIN, a Not-for-Profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>VICTOR JUAN UNTIVEROS and 4TH & ELM, LLC,<br><br>Defendants. | Case No. 15-cv-04523-KAW<br><br>**JOINT RULE 26(f) REPORT AND CASE MANAGEMENT STATEMENT**<br><br>Case Management Conference:<br>Date:   January 12, 2016<br>Time:  1:30 p.m.<br>Place:  Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16-9, and the standing order for all judges of the Northern District of California, the plaintiffs and defendants hereby submit their joint Rule 26 report, case management statement, and discovery plan.

**1.    Jurisdiction and Service:**

Plaintiffs contend and defendants do not dispute that this Court has federal question jurisdiction over plaintiffs' claims under the federal Fair Housing Act, 42. U.S.C. section 3601 et seq., plaintiffs' federal constitutional claims, and supplemental jurisdiction over plaintiffs' state

**JOINT CASE MANAGEMENT STATEMENT AND RULE 26 REPORT** - Case No. 15-cv-04523-KAW

1

law claims.

All defendants have been served with the summons and complaint. Defendant Victor Juan Untiveros was served with the summons and complaint on November 23, 2015, but has not yet filed a responsive pleading.

**2.   Facts:**

**Plaintiffs' Allegations:** This is a fair housing case brought under the federal Fair Housing Act and related state laws. Plaintiffs are residents at the Elm Drive Apartments, a 40-unit apartment complex located at 1145 Elm Drive, in Novato, California. Until approximately November 2015, when the property was sold, defendants 4th and Elm LLC owned the Elm Drive Apartments.

Plaintiffs allege that defendant Victor Juan Untiveros, a former resident, maintenance person and assistant manager at the Elm Drive Apartments, engaged in sexual harassment of female tenants. Plaintiffs Elizabel Hernandez and Elida Calderon are two of the female tenants who experienced sexual harassment.

For example, Mr. Untiveros frequently asked plaintiff Elizabel Hernandez personal questions and made lewd sexual remarks about her body. He repeatedly asked her to marry him and to have sexual relations with him. He called her a "slut" and told her that she could not have any men visiting her apartment.

Mr. Untiveros entered plaintiff Elida Calderon's apartment without notice on several occasions. On one occasion, he used his master key to enter her apartment while she was home alone. On or around April or May 2014, Mr. Untiveros told Ms. Calderon that he would "help" her with any problems with the rent or with management if she would agree to be "affectionate" with him, or words to that effect. Ms. Calderon replied that she was not interested in the offer.

On numerous occasions, Mr. Untiveros threatened to call the U.S. Department of Immigration and Customs Enforcement ("ICE"). Mr. Untiveros would threaten to call ICE when Ms. Calderon requested repairs to her apartment, and said if she called the police or tried to sue him, he would report her family to ICE. Mr. Untiveros claimed to be on the telephone with his "friends at ICE" and made comments to Ms. Calderon, such as, "I'm friends with the sheriff" and

**JOINT CASE MANAGEMENT STATEMENT AND RULE 26 REPORT** - Case No. 15-cv-04523-KAW

1  "the sheriff will take you away," and "be careful because they'll call immigration," or words to
2  that effect.
3      Plaintiff Fair Housing of Marin ("FHOM") received complaints from Ms. Hernandez and
4  Ms. Calderon separately in or around October 2014. FHOM counseled Ms. Hernandez and Ms.
5  Calderon regarding their legal rights, and investigated defendants' discriminatory housing
6  practices. FHOM had previously received a complaint from another tenant at the Elm Drive
7  Apartments alleging sexual harassment by Mr. Untiveros. Throughout 2014 and 2015, FHOM
8  undertook an educational campaign to alert women and service providers in the community about
9  their right to live in an environment without sexual harassment.
10     **Defendants' Allegations:**
11     Defendant 4th & Elm, LLC deny the allegations and are in the process of investigating
12 same.
13     **3.    Legal Issues:**
14     **Plaintiffs' legal contentions:**
15     Plaintiffs contend that defendants have violated the Fair Housing Act, 42 U.S.C. section
16 3604 (b), (c), and 3617, by committing the following discriminatory housing practices:
17     a.   Imposing different terms, conditions, or privileges, or denying or limiting services
18          or facilities in connection with the rental of a dwelling because of sex;
19     b.   Threatening, intimidating, or interfering in the use or enjoyment of a dwelling
20 because of sex;
21     c.   Making statements indicating a limitation, preference, or discrimination in the
22 rental of a dwelling based on sex;
23     d.   Engaging in unwelcome sexual advances, requests for sexual favors, and other
24 verbal or physical conduct of a sexual nature such that submission to the conduct, either
25 explicitly or implicitly, was made a term or condition relating to the rental of a dwelling or the
26 provision of benefits in the connection therewith;
27     e.   Engaging in unwelcome sexual advances, requests for sexual favors, and other
28 verbal or physical conduct of a sexual nature such that the conduct had the effect of creating an

**JOINT CASE MANAGEMENT STATEMENT AND RULE 26 REPORT** - Case No. 15-cv-04523-KAW

environment which a reasonable woman would consider intimidating, hostile, offensive, or otherwise making the tenancy significantly less desirable, in connection with the rental of a dwelling or the provision of benefits or services in connection therewith;

  f. Harassing plaintiff Elizabel Hernandez in connection with the rental of a housing accommodation; and,

  g. Harassing plaintiff Elida Calderon in connection with the rental of housing accommodation.

The same conduct violates the California Fair Employment and Housing Act, Government Code §§ 12927, 12955, the California Unruh Civil Rights Act, Civil Code § 51-52, and the California Bane Act § 52.1. Plaintiffs contend that the defendant's conduct also constitutes unlawful harassment in violation of Civil Code § 51.9, and violates the Ralph Act, Civil Code § 51.7.

Plaintiffs also contend that 4th and Elm LLC, as the owners of the apartments, are either directly or vicariously liable for the conduct of their agents.

In addition, defendants' conduct constitutes a breach of the implied covenant of quiet use and enjoyment, invasion of privacy, and negligence.

**Defendants' legal contentions:**

Defendant 4th & Elm, LLC deny the allegations and are in the process of investigating same.

**4.  Motions:**

No motions are pending. At this early stage in the case, plaintiffs and defendants do not anticipate any imminent motions.

**5.  Amendment of Pleadings:**

The parties propose a deadline of March 31, 2015 to amend the pleadings.

**6.  Evidence Preservation:**

Plaintiffs and defendants affirm that they are aware of the duty to preserve all documents and things relevant to the facts alleged in this case, including emails and other electronic information.

**JOINT CASE MANAGEMENT STATEMENT AND RULE 26 REPORT** - Case No. 15-cv-04523-KAW

4

**7.     Disclosures:**

Plaintiffs and defendants propose a deadline of January 4, 2016 to serve Rule 26 Initial Disclosures.

**8.     Discovery:**

The parties have discussed the items set forth in Rule 26(f)(3) and developed a plan for discovery, as follows:

**(A) Initial Disclosures.**   Plaintiffs and defendants propose a deadline of January 4, 2016 to exchange the required initial disclosures pursuant to Rule 26(a).

**(B) Discovery Scope and Schedule.** Plaintiffs plan to serve written discovery on matters relevant to the allegations and defenses, including interrogatories, requests for production of documents, and requests for admissions. Plaintiffs intend to take depositions of defendants after plaintiffs receive responses to the written discovery. Plaintiffs will conduct additional written discovery and third party depositions if necessary.

Defendants intend to serve written discovery followed by the depositions of plaintiffs and disclosed/discovered third party fact witnesses.

The parties agree to work cooperatively to schedule depositions on mutually convenient dates.

No special limits or phases are necessary in this case.

**(C) ESI.**  To the extent that any ESI will be produced in this case, the parties will print hard copies or produce them as pdf files. Upon request, the parties agree to produce ESI in its native format. Defendants assert that they have no ESI.

**(D) Privileges:**   The parties are not aware of any potential disputes, but agree to produce privilege logs for any privileged documents pursuant to Fed.R.Civ.P. 26(b)(5).

**(E) Limitations.**  The parties do not propose any modifications to the rules governing the maximum number of discovery requests and depositions.

**9.     Class Actions:**  Not applicable.

**10.    Related Cases:** After filing this case, plaintiffs' counsel received a courtesy copy of a separate case filed by plaintiff Elizabel Hernandez and four other tenants at the Elm Court

**JOINT CASE MANAGEMENT STATEMENT AND RULE 26 REPORT** - Case No. 15-cv-04523-KAW

5

Apartments, in Superior Court for the County of Marin, Case No. CV-15014142. That complaint was filed on November 13, 2015, and alleges violation of the warranty of habitability and related causes of action. Plaintiffs in that case are represented by different counsel.

**11.     Relief:** The individual plaintiffs seek compensatory damages, punitive damages, statutory damages and civil penalties pursuant to the Unruh Civil Rights Act, Bane Act, Ralph Act, and California Civil Code and affirmative injunctive relief.

Plaintiff Fair Housing of Marin seeks affirmative injunctive relief.

All plaintiffs seek to recover their attorneys' fees and costs pursuant to the Fair Housing Act, FEHA, the Unruh Act, and other claims.

**12.     Settlement and ADR:**

Plaintiffs and defendants agreed on early mediation, but did not come to an agreement about whether to use the court's ADR program or a private mediator. Plaintifffs would like to use the court's mediation panel. Defendants wish to use an outside mediator.

**13.     Consent to Magistrate Judge for All Purposes:**

Plaintiffs and defendants have consented to have a magistrate judge conduct all further proceedings, including trial and entry of judgment.

**14.     Other References:**

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15.     Narrowing of Issues:**

At this early stage of the litigation, the parties are not aware of how the case may be narrowed or whether bifurcation may be appropriate.

**16.     Expedited Schedule:**

This is not the type of case that can be handled on an expedited basis with streamlined procedures.

**17.     Scheduling:** The parties have agreed to propose the following schedule to the court:

**JOINT CASE MANAGEMENT STATEMENT AND RULE 26 REPORT** - Case No. 15-cv-04523-KAW

| Event | Date |
|---|---|
| Non expert Discovery Cut Off | October 3, 2016 |
| Expert designation | November 7, 2016 |
| Rebuttal expert designation | December 5, 2016 |
| Expert Discovery Cut Off | December 30, 2016 |
| Hearing of Dispositive Motions | January 19, 2017 at 11:00 a.m. |
| Pretrial Conference | Tuesday, February 28, 2017 at 3:00 p.m. |
| Trial Commences | March 13, 2017 |

**18.   Trial:**

The parties filed a demand for trial by jury. The parties anticipate that the trial will last four days.

**19.   Disclosure of Non-party Interested Entities or Persons:**

The following disclosure was made in plaintiffs' certification of interested entities:

"The undersigned, counsel of record for plaintiffs Elizabel Hernandez, Elida Calderon and Fair Housing of Marin, certifies that the following have an interest in the outcome of this case:

- Counsel of record for plaintiffs

- Elizabel Hernandez, Elida Calderon, and Fair Housing of Marin, plaintiffs;

- Victor Juan Untiveros, 4th & Elm, LLC, defendants."

The following disclosure was made in defendants' certification of interested entities:

"Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties: James Anthony Cassin and Karen Ellen Cassin, The Cassin 2003 Family Trust 1-28-2003"

**20.   Professional Conduct:**

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21.   Other:**

**JOINT CASE MANAGEMENT STATEMENT AND RULE 26 REPORT** - Case No. 15-cv-04523-KAW

1  The parties agreed that all documents, including pleadings and discovery, may be served
2  via email.
3  The parties have agreed to number all deposition exhibits consecutively and continuously
4  across multiple depositions.
5  *I, Liza Cristol-Deman, hereby attest that all signatories whose names appear below have*
6  *consented to the filing of this document.*

Respectfully submitted,

BRANCART & BRANCART

Dated: December 29, 2015

*/s/ Liza Cristol-Deman*
Liza Cristol-Deman
Attorney for All Plaintiffs

FAIR HOUSING OF MARIN

Dated: December 29, 2015

*/s/ Casey Epp*
Casey Epp
Attorneys for All Plaintiffs

STRATMAN, PATTERSON & HUNTER

Dated: December 29, 2015

*/s/ P. Richard Colombatto*
P. Richard Colombatto
Attorneys for Defendant 4th & Elm, LLC

**JOINT CASE MANAGEMENT STATEMENT AND RULE 26 REPORT** - Case No. 15-cv-04523-KAW

8