BRANCART & BRANCART
  Christopher Brancart (CBN 128475)
  *cbrancart@brancart.com*
  Liza Cristol-Deman (CBN 190516)
  *lcristoldeman@brancart.com*
Post Office Box 686
Pescadero, CA  94060
Tel:    (650) 879-0141
Fax:    (650) 879-1103

FAIR HOUSING OF MARIN
  Casey Epp (CBN 284139)
  Casey@fairhousingmarin.com
1314 Lincoln Avenue, Suite A
San Rafael, CA 94901
Tel:    (415) 457-5025
Fax:    (415) 457-6382

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELIZABEL HERNANDEZ, ELIDA CALDERON, and FAIR HOUSING OF MARIN, a Not-for-Profit Corporation,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**VICTOR JUAN UNTIVEROS and 4TH & ELM, LLC,**<br><br>**Defendants.** | Case No. 15-cv-04523-KAW<br><br>**JOINT APPLICATION AND STIPULATION TO EXTEND DEADLINE TO AMEND UNTIL AFTER MEDIATION; [PROPOSED] ORDER** |

Pursuant to Local Rules 6-2 and 7-12, plaintiffs and defendant 4th and Elm LLC, by and through their counsel of record, hereby apply for and stipulate to a brief extension of the deadline to amend the pleadings in this case through April 29, 2016. The current deadline is March 31, 2016, as set forth in the Court's minute order dated January 12, 2016 (ECF 24). This is the first request of any party for an extension of time. No other dates or deadlines will be affected by this brief extension.

There is good cause to grant this brief extension of time.

**JOINT APPLICATION AND STIPULATION TO EXTEND DEADLINE TO AMEND UNTIL AFTER MEDIATION; [PROPOSED] ORDER** - Case No. 15-cv-04523-KAW

1   <u>First,</u> it is based on the stipulation of counsel.

2   <u>Second,</u> the parties seek this extension because they are currently preparing for a
3   mediation session through the Court's ADR Department. That mediation is scheduled to take
4   place on April 14, 2016.

5   <u>Third,</u> if the parties are unable to reach a resolution at the mediation, plaintiffs intend to
6   act diligently to amend the complaint to name the new owners of the subject property as
7   defendants in the case. The proposed deadline is 15 days following the mediation.

8   <u>Fourth,</u> this litigation is still in the early stages of discovery, and no other dates or
9   deadlines will be affected by this extension. The Court has not scheduled a trial date. Other than
10  the further CMC, scheduled for April 26, 2016, the only date set by the Court thus far is the last
11  day to amend.

12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

**JOINT APPLICATION AND STIPULATION TO EXTEND DEADLINE TO AMEND UNTIL AFTER MEDIATION; [PROPOSED] ORDER** - **Case No. 15-cv-04523-KAW**

2

1   For all of the foregoing reasons, the parties request that the court issue the order below
2   granting an extension of time to amend the pleadings through April 29, 2016.
3   So stipulated.
4   *I, Liza Cristol-Deman, hereby attest that all signatories whose names appear below have*
5   *consented to the filing of this document.*

Respectfully submitted,

BRANCART & BRANCART

Dated: March 30, 2016

*/s/ Liza Cristol-Deman*
Liza Cristol-Deman
Attorney for All Plaintiffs

FAIR HOUSING OF MARIN

Dated: March 30, 2016

*/s/ Casey Epp*
Casey Epp
Attorneys for All Plaintiffs

STRATMAN, PATTERSON & HUNTER

Dated: March 30, 2016

*/s/ P. Richard Colombatto*
P. Richard Colombatto
Attorneys for Defendant 4th & Elm, LLC

[~~PROPOSED~~] **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  4/5/16              .

*Kandis Westmore*
Hon. Kandis A. Westmore
U.S. Magistrate Judge

**JOINT APPLICATION AND STIPULATION TO EXTEND DEADLINE TO AMEND UNTIL AFTER MEDIATION; [PROPOSED] ORDER** - Case No. 15-cv-04523-KAW

3