BRANCART & BRANCART
  Christopher Brancart (CBN 128475)
  *cbrancart@brancart.com*
  Liza Cristol-Deman (CBN 190516)
  *lcristoldeman@brancart.com*
Post Office Box 686
Pescadero, CA  94060
Tel:    (650) 879-0141
Fax:    (650) 879-1103

FAIR HOUSING OF MARIN
  Casey Epp (CBN 284139)
  Casey@fairhousingmarin.com
1314 Lincoln Avenue, Suite A
San Rafael, CA 94901
Tel:    (415) 457-5025
Fax:    (415) 457-6382

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABEL HERNANDEZ, ELIDA CALDERON, and FAIR HOUSING OF MARIN, a Not-for-Profit Corporation,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**VICTOR JUAN UNTIVEROS and 4TH & ELM, LLC,**<br><br>**Defendants.** | **Case No. 15-cv-04523-KAW**<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE ; [PROPOSED] ORDER** |

On April 14, 2016, the parties in this case participated in a mediation session with mediator Claudia Vierra. The parties reached a full settlement. The settlement agreement has been signed by all parties. Under the terms of the settlement, plaintiffs expect to file a request for dismissal of the case within the next 7 to 14 days.

Because the case has settled and request for dismissal is imminent, plaintiffs and defendants jointly request and stipulate to a brief continuance of the Case Management Conference, set for April 26, 2016 (ECF 24). The parties propose that the Court continue that

NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER - Case No. 15-cv-04523-KAW

1    conference to May 24, 2016 at 1:30 p.m., to allow the parties sufficient time to finalize the

2    settlement and file a request for dismissal.

3       So stipulated.

4       *I, Liza Cristol-Deman, hereby attest that all signatories whose names appear below have*

5    *consented to the filing of this document.*

6                                      Respectfully submitted,

7                                        BRANCART & BRANCART

8    Dated: April 20, 2016

9                                        */s/ Liza Cristol-Deman*

10                                       Liza Cristol-Deman
                                       Attorney for All Plaintiffs

11

12    Dated: April 20, 2016              FAIR HOUSING OF MARIN

13                                        */s/ Casey Epp*
                                       Casey Epp

14                                        Attorneys for All Plaintiffs

15                                        STRATMAN, PATTERSON & HUNTER

16    Dated: April 20, 2016

17                                        */s/ P. Richard Colombatto*

18                                        P. Richard Colombatto
                                       Attorneys for Defendant 4th & Elm, LLC

19

20                                 **[~~PROPOSED~~ ORDER**

21

22       PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24    Dated:   __4/22/16_____.

25

26                                     _____

27                                     Hon. Kandis A. Westmore
                                    U.S. Magistrate Judge

28

**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER - Case No. 15-cv-04523-KAW**