# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Elida Calderon, | No. C 15-04523 KAW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Victor Juan Untiveros, | |
| Defendant(s). | |

**Instructions**: *The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __4/14/16__

2. Did the case settle?

   ☒ Yes, fully.

   ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

   ☐ Yes, partially, and further facilitated discussions are *not* expected.

   ☐ No, and further facilitated discussions are expected. (see no. 3, below)

   ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? _____

4. IS THIS ADR PROCESS COMPLETE?   ☒ YES   ☐ NO

Dated: __4/19/16__

_____
Mediator, Claudia Viera
Mediation Law Offices of Claudia Viera
4200 Park Blvd #216
Oakland, CA 94602