BRANCART & BRANCART
Christopher Brancart (CBN 128475)
cbrancart@brancart.com
Liza Cristol-Deman (CBN 190516)
lcristoldeman@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103

FAIR HOUSING OF MARIN
Casey Epp (CBN 284139)
Casey@fairhousingmarin.com
1314 Lincoln Avenue, Suite A
San Rafael, CA 94901
Tel: (415) 457-5025
Fax: (415) 457-6382

Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELIZABEL HERNANDEZ, ELIDA CALDERON, and FAIR HOUSING OF MARIN, a California Not-for-Profit Corporation,**<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>**VICTOR JUAN UNTIVEROS and 4TH & ELM, LLC,**<br><br>　　　　　Defendants. | Case No.: 4:15-cv-04523 KAW<br><br>**JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF ORDER DISMISSING ACTION FOLLOWING SETTLEMENT; [PROPOSED] ORDER** |

　　The parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety with prejudice, following the settlement reached by the parties. A proposed order is lodged herewith.

　　So stipulated.

//

//

//

**JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF ORDER DISMISSING ACTION FOLLOWING SETTLEMENT; [PROPOSED] ORDER – CASE NO. 4:15-cv-04523 KAW**

1

*I, Casey Epp, hereby attest that all signatories whose names appear below have consented to the filing of this document.*

Respectfully Submitted,

FAIR HOUSING OF MARIN

Dated: May 2, 2016

*/s/ Casey Epp*
Casey Epp
Attorney for all Plaintiffs

BRANCART & BRANCART

Dated: May 2, 2016

*/s/ Liza Cristol-Deman*
Liza Cristol-Deman
Attorney for all Plaintiffs

STRATMAN, PATTERSON & HUNTER

Dated: May 2, 2016

*/s/ P. Richard Colombatto*
P. Richard Colombatto
Attorney for Defendant 4th & Elm, LLC

**[PROPOSED] ORDER**

Based upon the foregoing application and stipulation and good cause appearing therefor, it is hereby ordered that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: 5/4/16.

_____
Hon. Kandis A. Westmore
U.S. Magistrate Judge

**JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF ORDER DISMISSING ACTION FOLLOWING SETTLEMENT; [PROPOSED] ORDER – CASE NO. 4:15-cv-04523 KAW**

2